# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mohamed Hasanien,<br><br>     Plaintiff(s),<br><br>v.<br><br>Utility Mapping Services, P.C.,<br><br>     Defendant(s). | Case No. 2:26-cv-00896-APG-NJK<br><br>**Order** |
| Fahad Alajmi,<br><br>     Plaintiff(s),<br><br>v.<br><br>Utility Mapping Services, P.C.,<br><br>     Defendant(s). | Case No. 2:26-cv-00935-JAD-EJY<br><br>**Order** |
| Josiah Moya,<br><br>     Plaintiff(s),<br><br>v.<br><br>Utility Mapping Services, P.C.,<br><br>     Defendant(s). | Case No. 2:26-cv-01046-GMN-BNW<br><br>**Order** |

These are all employment discrimination cases filed against the same defendant in which counsel is the same for each party in all cases. After consultation with the judges assigned to the cases captioned above, the Court finds that transfer to a single magistrate judge for pretrial purposes and to a single magistrate judge for early neutral evaluation purposes would aid in their efficient disposition. *See* Local Rule 42-1(a).

Accordingly, the Court **INSTRUCTS** the Clerk's office to transfer the latter two cases to Judge Koppe as the generally assigned magistrate judge and to Judge Albregts as the ENE judge.

IT IS SO ORDERED.

Dated: May 7, 2026

_____
Nancy J. Koppe
United States Magistrate Judge


_____
Brenda N. Weksler
United States Magistrate Judge

_____
Daniel J. Albregts
United States Magistrate Judge


_____
Elayna J. Youchah
United States Magistrate Judge

2